EVELYN L. SNYDER, an Infant, by BERTHA M. SNYDER, Her Guardian ad Litem, Appellant, *v.* BERKSHIRE LIFE INSURANCE COMPANY, Respondent.

BERNICE M. SNYDER, an Infant, by BERTHA M. SNYDER, Her Guardian ad Litem, Appellant, *v.* BERKSHIRE LIFE INSURANCE COMPANY, Respondent.

*Snyder* v. *Berkshire Life Ins. Co.* (2 cases), 176 App. Div. 943, affirmed.

(Argued March 22, 1918; decided April 5, 1918.)

APPEAL, in each of the above-entitled actions, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 8, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action upon certain policies of life insurance. The defense was that the insured had made false statements in his applications upon which defendant relied in issuing the policies.

*Hugh J. O'Brien* and *Clarence W. Mc Kay* for appellants.
*William W. Armstrong* for respondent.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.